# MEMORANDUM DECISIONS

George ANDERSON and Gerald Chapman, Plaintiffs-in-Error, v. UNITED STATES, Defendant-in-Error. (Circuit Court of Appeals, Second Circuit. October 15, 1923.) No. 47  In Error to the District Court of the United States for the Southern District of New York. Frederick J. Groehl, of New York City, and William J. Baker, of Rochester, N. Y., for plaintiffs in error. William Hayward, U. S. Atty., of New York City (Moses Polakoff, Sp. Asst. U. S. Atty., of New York City, of counsel), for the United States. Before ROGERS, HOUGH, and MANTON, Circuit Judges.

PER CURIAM. Judgment affirmed.

Michael N. CAVALLIOTIS, Trading as Ægean Trading Company, Plaintiff-in-Error, v. P. N. GRAY & CO., Inc., Defendant-in-Error. (Circuit Court of Appeals, Second Circuit. October 15, 1923.) No. 19. In Error to the District Court of the United States for the Eastern District of New York. Walter F. Welch, of New York City, for plaintiff in error. Shattuck, Glenn & Ganter, of New York City (Garrard Glenn, Carl S. Stern, and Leslie H. Buckler, all of New York City, of counsel), for defendant in error. Before ROGERS, HOUGH, and MANTON, Circuit Judges.

PER CURIAM. Judgment (276 Fed. 565) affirmed.

James C. DAVIS, Director General of Railroads as Agent under Section 206 of the Transportation Act, Plaintiff-in-Error, v. Florence E. TABOR, as Administratrix of the Goods, Chattels, and Credits of Harry T. Tabor, Deceased, Defendant-in-Error. (Circuit Court of Appeals, Second Circuit. November 12, 1923.) No. 69. In Error to the District Court of the United States for the Western District of New York. Stanchfield, Collin, Lovell & Sayles and Halsey Sayles, all of Elmira, N. Y., for plaintiff in error. Mortimer L. Sullivan, of Elmira, N. Y., for defendant in error. Before ROGERS, MANTON, and MAYER, Circuit Judges.

PER CURIAM. Judgment affirmed. See, also, 280 Fed. 612.

GENERAL BAKING CO., Plaintiff-Appellant, v. SHULTS BREAD CO., Defendant-Appellee. (Circuit Court of Appeals, Second Circuit. December 10, 1923.) No. 58. Appeal from the District Court of the United States for the Eastern District of New York. Duell, Warfield & Duell, of New York City (F. P. Warfield and D. A. Woodcock, both of New York City, of counsel), for appellant. Chamberlin, Kafer & Wilds, of New York City (Ralph S. Kent, of Buffalo, N. Y., and Lester S. Kafer, of New York City, of counsel), for appellee. Before ROGERS, MANTON, and MAYER, Circuit Judges.

PER CURIAM. Decree (288 Fed. 954) affirmed.